MTDA 1213.00001TX

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:                                    CASE NO: 10-10053-RLJ-13
                                          DATED: October 2, 2013

MICHAEL JASON MORRIS
CRYSTAL DAWN MORRIS                        HEARING DATE: October 2, 2013
                                          HEARING TIME: 11:00 AM

_____

### NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE
_____

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS WITH PREJUDICE" dated 09-03-2013.


  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424



### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss with Prejudice was this date served on the following parties electronically or by U.S first class mail:


  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424



Debtor Attorney                           United States Trustee
MONTE J WHITE & ASSOCIATES PC             William T. Neary
ATTORNEY AT LAW ABILENE                   1100 Commerce Street, Rm  9C60
402 CYPRESS SUITE 310                     Dallas, TX   75242
ABILENE TX 79601-0000



Debtor1:                                  Debtor 2:
MICHAEL JASON MORRIS                      CRYSTAL DAWN MORRIS
5110 P R 710                              5110 P R 710
HAWLEY TX 79252                           HAWLEY TX 79252